IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-cv-1554-N-BN |
| | § | |
| H2R RESTAURANT HOLDINGS, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 6, 2016, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**It is ORDERED, ADJUDGED, and DECREED** that:

1. Defendants H2R Restaurant Holdings, LLC doing business as Rotisserie Two, LLC, John Dyess, and Chris Short's Motion to Dismiss Proceedings [Dkt. No. 48] is DENIED.

2. Defendants H2R Restaurant Holdings, LLC, doing business as Rotisserie Two, LLC, John Dyess, and Chris Short's FRCP 12(b)(5) Motion to Dismiss [Dkt. No. 58] is DENIED.

3.  Defendant Trinity Event Staffing's Request for Termination [Dkt. No. 47] is DENIED.

4.  Defendant Trinity Event Staffing's Motion to Dismiss Plaintiff's Original Complaint [Dkt. No. 56] is DENIED.

5.  Plaintiff's Motions to Strike [Dkt. Nos. 63 & 64] is DENIED as moot.

**SO ORDERED** this 22nd day of September, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE