IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-cv-1554-N-BN |
| | § | |
| H2R RESTAURANT HOLDINGS, LLC, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 15, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Defendants H2R Restaurant Holdings, LLC, Chris Short, and John Dyess's Motion to Enforce Settlement Agreement [Dkt. No. 310] is GRANTED; Defendants H2R Restaurant Holdings, LLC, Chris Short, and John Dyess's Motion to Dismiss Subject to Motion to Enforce Settlement Agreement [Dkt. No. 311] is DENIED AS MOOT; and Defendant RAD Staffing, LLC d/b/a Trinity Event Staffing's Motion to Dismiss Under Fed. R. Civ. P. 41(b) [Dkt. No. 313 ] is DENIED.

The Court hereby DISMISSES WITH PREJUDICE Plaintiff Samantha Carter's claims against H2R Restaurant Holdings, LLC, Chris Short, and John Dyess.

The Court further ORDERS Ms. Carter to appear for an in-person deposition with Trinity in Dallas on a mutually-agreeable date that is no later than four weeks from the date of this order.

**SO ORDERED** this 16th day of April, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE