IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-cv-1554-N-BN |
| | § | |
| TRINITY EVENT STAFFING, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 7, 2018, together with de novo review of those portions to which objection was made, the Court overrules the objections and the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Defendant Trinity Event Staffing's Amended Motion for Summary Judgment [Dkt. No. 331] is GRANTED. The Court hereby DISMISSES WITH PREJUDICE Plaintiff Samantha Carter's remaining claims against Defendant Trinity Event Staffing for negligence, gross negligence, and Title VII employment discrimination.

Defendant Trinity Event Staffing's Motion to Compel Deposition of Plaintiff [Dkt. No. 329] is TERMINATED AS MOOT.

**SO ORDERED** this 31st day of August, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE